UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHARLES PALMER,
    Plaintiff
vs.

CIVIL NO. 98-2094 (JP)

RADISSON HOTELS INTERNATIONAL, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 13, 1999<br>**Docket #** 86<br>[X] **Plffs**  [X] **Defts**<br><br>**Title:** Joint Motion Requesting Status Conference to Review and Re-Schedule Certain Discovery | **DENIED.** The purpose of the ISC Conference and Order is to streamline litigation through the full disclosure of facts and early scheduling discovery. If the parties choose to deviate from the ISC Order for any reason, they may do so, but without the assistance of the Court. |

Date: 8/30/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:       EOD:

By:       # 87