UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHARLES PALMER,
    Plaintiff

vs.                                                      CIVIL NO. 98-2094 (JP)

RADISSON HOTELS INTERNATIONAL, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** October 6, 1999<br>**Docket #** 88<br>[X] **Plffs**   [] **Defts**<br><br>**Title:** Request for New Case Schedule | **GRANTED IN PART.** Plaintiff informs that Court that he recently sustained a head and facial injury, and attaches a letter from Stephen L. Reintjes, M.D., dated September 28, 1999, indicating that due to this injury, Plaintiff should not travel out of Kansas City, Missouri for the next two months. Plaintiff was to travel to Puerto Rico to finish his deposition and to submit to certain Rule 35 Examinations by Defendants' Experts in advance of the pre-trial conference, scheduled for December 15, 1999, and the trial, scheduled for January 4, 2000. Plaintiff requests the pre-trial and trial dates be reset for March 2000 and April or May 2000, respectively. Defendants have filed no opposition to Plaintiff's motion. The Court hereby **RESCHEDULES** the pre-trial conference for **February 24, 2000** at 2:00 p.m., and the trial for **March 8, 2000** at 9:00 a.m. |

Date: 10/27/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:        #89