UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHARLES PALMER,
    Plaintiff

vs.

CIVIL NO. 98-2094 (JP)

RADISSON HOTELS INTERNATIONAL, et al.,
    Defendants

## ORDER

A Status Conference **SHALL** be held with the Court on **January 26, 2000 at 12:30 p.m.** In addition, the Court **ORDERS** that Charles Palmer submit himself to a physical examination with Defendants' physicians on the following dates: on **February 2, 2000 at 2:00 p.m.** with Dr. Gorbea, infectious disease specialist; on **February 3, 2000 at 2:00 p.m.** with Dr. Cigarra, plastic surgeon; on **February 4, 2000 at 9:00 a.m.** with the thoracic surgeon; and on **February 4, 2000 at 1:00 p.m.** with the orthopedic surgeon.

Date: 1/24/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    # 91