UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHARLES PALMER,
    Plaintiff
vs.

CIVIL NO. 98-2094 (JP)

RADISSON HOTELS INTERNATIONAL, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** January 18, 2000<br>**Docket #** 90<br>[X] **Plffs**  [ ] **Defts**<br><br>**Title:** Motion to Update Plaintiff's Condition | The Court previously addressed this issue in its Order of January 26, 2000 (docket No. 92). |

Date: 2/17/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By: no    #93