UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHARLES PALMER,
    Plaintiff
vs.

CIVIL NO. 98-2094(JP)

RADISSON HOTELS INTERNATIONAL, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** April 20, 1999; June 8, 1999<br>**Docket #** 56, 77<br>[X] **Plffs**  [X] **Defts**<br><br>**Title:** Motion for Summary Judgment; Opposition to Radisson & Cigna's Motion for Summary Judgment | **DENIED.** The Motion for Summary Judgment filed by co-defendants Radisson Normandie Hotel, Radisson Hotels International Inc., and Cigna Insurance Company of Puerto Rico is hereby **DENIED** on two grounds: (1) co-defendants failed to attach to their Motion a statement of facts as to which the moving party contends there is no issue to be tried and the basis of such contention as required by Local Rule 311.12; and (2) the Court **FINDS** nonetheless that upon careful review of the evidence produced by both parties that there is a genuine issue of material fact as to whether the Radisson Normandie Hotel or Radisson Hotels International was in control or possession of the parking lot where Plaintiff was injured. |

Date: 2/17/00

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:        EOD:

By:         # 94