IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHARLES PALMER,

    Plaintiff

vs.    CIVIL NO. 98-2094 (JP)

RADISSON HOTELS INTERNATIONAL, INC., et al.,

    Defendants

### FINAL JUDGMENT

The parties have informed the Court that they have settled this case for the sum of $175,000.00 (**docket No. 95**). Pursuant thereto, the Court hereby **ENTERS JUDGMENT** for Plaintiff Charles Palmer to have and recover the sum of $58,333.00 from co-Defendants Radisson Hotels International Inc., Normandie Radisson Hotel and Cigna Insurance Company, jointly and severally; the sum of $58,334.00 from American Parking Systems Inc. and Puerto Rico American Insurance Company, jointly and severally; and the sum of $58,333.00 from Corporación de Fomento Recreativo. The parties shall each bear their own costs and attorneys fees.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 24 day of February, 2000.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)